UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RENAYE HOWELL,

    Plaintiff,

v.                               Case No. 8:18-cv-1311-T-33JSS

NANCY A. BERRYHILL, Commissioner
of Social Security,

    Defendant.
_____/

**ORDER**

This matter comes before the Court pursuant to the Commissioner's Unopposed Motion for Entry of Judgment with Remand (Doc. # 20), which was filed on December 12, 2018. For the reasons that follow, the Court grants the Motion.

**Discussion**

Howell initiated this action against the Commissioner contesting the denial of Social Security Disability benefits on June 1, 2018. (Doc. # 1). After briefing on the substantive issues regarding the Commissioner's denial of benefits, the Commissioner filed the present Motion. The Commissioner specifically moves the Court to reverse and remand under sentence four of 42 U.S.C. § 405(g): "Upon remand, the Appeals Council will instruct the Administrative Law Judge (ALJ) to identify the weight given the medical opinions and explain the reasons for not including any limitations identified in those

opinions in his residual functional capacity finding, evaluate Plaintiff's subjective symptoms in accordance with 20 C.F.R. §§ 404.1529 and 416.929, issue a new decision, and take any other action deemed necessary." (Doc. # 20 at 1).

Upon due consideration, the Court grants the unopposed motion by reversing and remanding this case for further proceedings as stated in the Motion.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Commissioner's Unopposed Motion for Entry of Judgment with Remand (Doc. # 20) is **GRANTED.**

(2) This case is **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

(3) The Clerk is directed to enter **Judgment** in favor of the Plaintiff and thereafter to **CLOSE** the case.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 12th day of December, 2018.

*[signature]*
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE